United States District Court
Southern District of Texas
**ENTERED**
August 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MICHAEL CORTEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-324 |
| | § | |
| RAINBOW PIZZA, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND FOR NOTICE TO POTENTIAL PLAINTIFFS

In accordance with the Court's Order Compelling Arbitration and Staying Case Pending Arbitration (Dkt. No. 17), the Court hereby **ORDERS** that Plaintiffs' "First Stage Motion for Conditional Certification and for Notice to Potential Plaintiffs" (Dkt. No. 9) is **DENIED** without prejudice to its refiling upon the lifting of the stay.

SO ORDERED this 28th day of August, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge